No. 09–10668.  MORENO v. ASTRUE, COMMISSIONER OF SOCIAL SECURITY.  C. A. 11th Cir.  Certiorari denied.

No. 09–10669.  MORVA v. VIRGINIA.  Sup. Ct. Va.  Certiorari denied.

No. 09–10670.  NICHOLS v. MISSISSIPPI.  Ct. App. Miss.  Certiorari denied.

No. 09–10674.  LINICOMN v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 09–10675.  WILLIAMS v. ILLINOIS.  App. Ct. Ill., 1st Dist.  Certiorari denied.

No. 09–10683.  DACOSTA v. UNION LOCAL 306 OF THE MOTION PICTURE PROJECTIONISTS, OPERATORS, VIDEO TECHNICIANS, THEATRICAL EMPLOYEES & ALLIED CRAFTS, ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 09–10684.  TALLEY v. CAIN, WARDEN.  C. A. 5th Cir.  Certiorari denied.

No. 09–10685.  WILLIAMS v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 09–10686.  WESTBROOK v. MISSISSIPPI.  Ct. App. Miss.  Certiorari denied.

No. 09–10690.  BOOKER v. JOHNSON, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS.  C. A. 4th Cir.  Certiorari denied.

No. 09–10696.  MCDOWELL v. CURTIN, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 09–10697.  O'NEAL v. LOUISIANA.  Ct. App. La., 2d Cir.  Certiorari denied.

No. 09–10700.  MORTON v. WARREN, WARDEN.  C. A. 6th Cir.  Certiorari denied.